# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Rafael Rojas Contreras
   Plaintiff
      v.    CASE NUMBER: 97-2499 (HL)

United States of America
   Defendant

| ORDER |
|---|
| Defendant shall file a memorandum of law no later than February 19, 2001. |

Date 1-25-0p

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**


