# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

RAFAEL ROJAS CONTRERAS,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

Civil No. 97-2499 (HL)
Crim. No. 94-14-4 (HL)

## JUDGMENT

The Court having entered an opinion and order on this same date, judgment is hereby entered dismissing this § 2255 petition.

San Juan, Puerto Rico, March 30, 2001.

HECTOR M. LAFFITTE
Chief U.S. District Judge



AO 72A
(Rev.8/82)